**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

SIDNEY E. SCOTT

    VS                                      CASE NO. 4:04cv351-RH/WCS

JAMES V. CROSBY

### REFERRAL AND ORDER

The motion/pleading was filed by defendant on 07/22/2005 (document #9), and referred to Magistrate Judge William C. Sherrill on 07/22/2005.

Summary of motion/pleading: First motion to extend time to file answer in response to petition for writ of habeas corpus

    WILLIAM M. MCCOOL, CLERK OF COURT

    S/ Pamela Lourcey
    DEPUTY CLERK

### ORDER OF COURT

Upon consideration of the foregoing, it is ORDERED this 22nd day of July, 2005, the requested relief is **GRANTED.** Respondent's time for filing an answer to the petition is extended to August 22, 2005. Petitioner shall have until September 23, 2005, in which to file a reply, if any.

    S/ William C. Sherrill
    UNITED STATES MAGISTRATE JUDGE